# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Mark M Roder | ) | Chapter 13 |
| | ) | Case No. 12 B 27765 |
| Debtor(s) | ) | Judge Pamela S. Hollis |

## Notice of Motion

Mark M Roder
3136 Sunnyside Ave
Brookfield, IL 60513

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

On November 18, 2015 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, October 29, 2015.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 12, 2012, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on February 06, 2013, for a term of 60 months with payments of $720.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 39 | $63,443.37 | $42,763.37 | $1,566.53 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/28/2015
Due Each Month: $720.00
Next Pymt Due: 11/11/2015

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/15/2012 | 593160 | $720.00 | 09/13/2012 | 594659 | $720.00 |
| 11/08/2012 | 20191726978 | $800.00 | 11/28/2012 | 20191730400 | $820.00 |
| 01/28/2013 | 20191732435 | $1,000.00 | 01/28/2013 | 20191732446 | $460.00 |
| 04/15/2013 | 987653 | $720.00 | 04/15/2013 | 987652 | $720.00 |
| 05/15/2013 | 20910705658 | $720.00 | 05/15/2013 | 20910705647 | $720.00 |
| 06/24/2013 | 14263845 | $35,363.37 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE